**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ELIZABETH SEPULVEDA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI, Acting Commission of the Social Security Administration,<br><br>　　　　　　　Defendant. | Case No. 3:21-CV-0332-CLB<br><br>**NOTICE OF INTENT TO DISMISS PURSUANT TO FED. R. CIV. P. 41(B) AND LOCAL RULE 41-1 FOR WANT OF PROSECUTION** |

　　　Plaintiff Elizabeth Sepulveda initiated this action on August 2, 2021 involving judicial review of administrative action by the Secretary of Health and Human Services, denying Plaintiff's claim for disability benefits under the Social Security Act. (ECF No. 1.) On December 22, 2021, this Court ordered Sepulveda to file an opening brief on or before January 21, 2022. (ECF No. 17.) To date Sepulveda has failed to do so.

　　　If Sepulveda fails to file an opening brief or otherwise prosecute this action on or before **September 19, 2022**, the Court will dismiss this action for want of prosecution pursuant to Fed. R. Civ. P. 41(b) and LR 41-1.

　　　**DATED**: July 27, 2022.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**