UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ELIZABETH SEPULVEDA,<br><br>                       Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                       Defendant. | Case No. 3:21-cv-00332-CLB<br><br>**ORDER GRANTING MOTION TO EXTEND TIME**<br><br>[ECF No. 21] |

      On August 2, 2021, Plaintiff Elizabeth Sepulveda ("Sepulveda") initiated this action, which involves judicial review of an administrative action by the Secretary of Health and Human Services, denying her claim for disability benefits under the Social Security Act. (ECF No. 1.) On December 22, 2021, this Court ordered Sepulveda to file an opening brief on or before January 21, 2022, (ECF No. 17), which she did not do. Thus, the Court issued a subsequent notice that Sepulveda should file her opening brief by September 19, 2022, or her case would be dismissed. (ECF No. 18.) Currently pending before the Court is a letter—which the Court construes as a motion—filed by Sepulveda requesting a 60-day extension of time to submit her opening brief. (ECF No. 21.)

      For good cause appearing, the motion, (ECF No. 21), is **GRANTED**. Sepulveda shall submit an opening brief on or before **Monday, November 14, 2022**. <u>No further extensions of time will be granted</u>. Sepulveda is again cautioned that the failure to file an opening brief on or before **Monday, November 14, 2022**, will result in this action being dismissed for want of prosecution pursuant to Fed. R. Civ. P. 41(b) and LR 41-1.

      **IT IS SO ORDERED.**

**DATED**: September 14, 2022

                                                        **UNITED STATES MAGISTRATE JUDGE**